1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10

11   LEONARD ACOSTA, JR.,            )      Case No. EDCV 10-1944-JFW (OP)
                                     )
12                      Petitioner,  )      ORDER ADOPTING FINDINGS,
                                     )      CONCLUSIONS, AND
         v.                          )      RECOMMENDATIONS OF
13                                   )      UNITED STATES MAGISTRATE
                                     )      JUDGE
14   JAMES YATES, Warden,            )
                                     )
15                                   )
                        Respondent.  )
16   _____)

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended

18   Petition, records on file, the Report and Recommendation of the United States

19   Magistrate Judge, and Petitioner's Objections thereto.  The Court has engaged in a

20   de novo review of those portions of the Report and Recommendation to which

21   Petitioner has objected.  The Court accepts the findings and recommendations of the

22   Magistrate Judge,

23   / / /

24   / / /

25   / / /

26

27

28

1    IT IS ORDERED  that Judgment be entered:  (1) approving and adopting this

2  Report and Recommendation; and (2) directing that Judgment be entered denying the

3  First Amended Petition and dismissing this action with prejudice.

4

5  DATED:  September 15, 2011

6                                      HONORABLE JOHN F. WALTER
                                        United States District Judge
7

8

9  Prepared by:

10

11

12  HONORABLE OSWALD PARADA
    United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28