1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD ACOSTA, JR., ) <br> ) <br>   Petitioner, ) <br>      v. ) <br> ) <br> JAMES YATES, Warden, ) <br> ) <br>   Respondent. ) <br> _____ ) | Case No. EDCV 10-1944-JFW (OP) <br><br> ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, the Report and Recommendation of the United States Magistrate Judge, and Petitioner's Objections thereto. The Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2 Report and Recommendation; and (2) directing that Judgment be entered denying the
3 First Amended Petition and dismissing this action with prejudice.

5 DATED: September 15, 2011
6                                    HONORABLE JOHN F. WALTER
                                     United States District Judge

9 Prepared by:

12 HONORABLE OSWALD PARADA
   United States Magistrate Judge