JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD ACOSTA, JR., <br><br>   Petitioner, <br>   v. <br><br> JAMES YATES, Warden, <br><br>   Respondent. | Case No. EDCV 10-1944-JFW (OP) <br><br> J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is denied and this action is dismissed with prejudice.

DATED: September 15, 2011

HONORABLE JOHN F WALTER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge